CRYSTAL LAKE PROPERTY RIGHTS ASSOCIATION v BENZIE COUNTY, Nos. 137528 and 137539; reported below: 280 Mich App 603.

MARKMAN, J. (*concurring*). For the reasons set forth by the concurring judge in the Court of Appeals, I concur in this order. In particular, I agree with him that "after reading the entire plan, it seems clear to me that the [Department of Natural Resources] is violating the spirit, intent, and purpose of the plan, albeit not the plain language." More should be expected of a public agency, in my judgment, when it negotiates with private parties than the kind of "sharp dealing" reflected in this case. However, any remedy, if there is to be one, must come from the political process, rather than from this Court reading an agreement in a manner contrary to its language.

CORRIGAN, J. I join the statement of Justice MARKMAN.

PEOPLE v JOHNNY BROWN, No. 137960; Court of Appeals No. 287608.

KELLY, C.J. (*concurring*). I concur in the order denying leave to appeal. I write separately only to note that this Court has not addressed defendant's argument regarding the imposition of costs and fees because it is not properly before the Court. However, defendant may raise the issue in a motion for relief from judgment under MCR 6.508.

*In re* ALLISH (DEPARTMENT OF HUMAN SERVICES v ALLISH), No. 138304; Court of Appeals No. 286354.

*In re* WILBOURN (DEPARTMENT OF HUMAN SERVICES v BOYD), No. 138363; Court of Appeals No. 287173.